UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLEN T. BOYD, INDIVIDUALLY** | * | **CIVIL ACTION NO.: 19-13803** |
| **AND ON BEHALF OF NANCY PARKER** | | **c/w 20-2206;** *applies to 20-2206* |
| **BOYD AND AS THE NATURAL TUTOR** | | |
| **OF HIS MINOR CHILDREN, P.H.B.** | * | **SECTION: "H"(4)** |
| **AND P.H.B., AND PARKER BOYD** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: JANE TRICHE MILAZZO** |
| | * | |
| **DRUG FIGHTER ENTERPRISES** | * | |
| **AND LYCOMING, A TEXTRON, INC.** | * | **MAGISTRATE: KAREN WELLS ROBY** |
| **COMPANY D/B/A LYCOMING** | * | |
| **ENGINES** | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Glen T. Boyd, individually and on behalf of his deceased spouse, Nancy Parker Boyd, and as the natural tutor of their minor children, P.H.B. and P.H.B., and Parker Boyd, and Defendant United States of America, by and through their undersigned counsel, hereby stipulate that this action, originally filed as case number 20-2206, and subsequently consolidated with case number 19-13803, and all claims asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Respectfully submitted,

*/s/ Jessica L. Ibert*
PAUL M. STERBCOW (#17817)
CONRAD S.P. WILLIAMS, III (#14499)
JESSICA L. IBERT (#33196)
LEWIS, KULLMAN, STERBCOW &
ABRAMSON, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Phone: (504) 588-1500
Fax: (504) 588-1514
sterbcow@lksalaw.com
duke@lksalaw.com
jibert@lksalaw.com

Counsel for Plaintiffs

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Jennifer A. Maceda*
JENNIFER A. MACEDA
Trial Attorney
VA Bar # 68390
United States Department of Justice
Torts Branch, Civil Division
P. O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4033
Fax: (202) 616-4002
E-mail: jennifer.a.maceda@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of January, 2021 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jessica Ibert